**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| JACQUELYN BARELA,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF ALBUQUERQUE; and ALBUQUERQUE POLICE DEPARTMENT OFFICERS TIMOTHY WOLFFBRANDT and DANIEL GALVAN, in their individual capacities,<br><br>    Defendants. | No. 1:17-cv-00722-PJK-SCY |

**ORDER**

THIS MATTER comes on for consideration of Plaintiff's Unopposed Motion to Extend Deadline to File Response to Defendants' Motion for Summary Judgment Requesting Dismissal of the First, Second, and Third Causes of Action Contained in Plaintiff's Complaint filed October 11, 2017, ECF No. 27, and the parties' Joint Motion to Stay All but Limited Discovery Until Defendant's Qualified Immunity Motion has been Decided filed October 11, 2017, ECF No. 28. Upon consideration thereof, the motions are granted, however, Plaintiff's response to Defendants' summary judgment motion is due no later than November 30, 2017, or earlier in accordance with the parties' agreement. All discovery, other than the limited discovery agreed to by the parties

concerning qualified immunity, is stayed until further order of the court.

IT IS SO ORDERED.

DATED this 12th day of October, 2017 at Santa Fe, New Mexico.

_____
Paul Kelly Jr.
United States Circuit Judge
Sitting by Designation